LILLIAN WIDHAM *v.* TOWN OF BRATTLEBORO.

January Term, 1933.

Present: POWERS, C. J., SLACK, MOULTON, THOMPSON, and GRAHAM, JJ.

Opinion filed February 7, 1933.

*Frank E. Barber* and *Orrin B. Hughes* for the defendant.

*Carpenter & Clawson* for the plaintiff.

MOULTON, J. This case rests upon the facts as the case of *Martha K. Widham,* v. *Town of Brattleboro, ante,* page 210, 166 Atl. 22. The plaintiff herein was riding in the automobile driven by Martha and was injured in the same accident. The

holding in the former case is controlling here, and the entry will be the same.

*Judgment reversed, and judgment for the defendant to recover its costs.*

### On Motion for Reargument.

MOULTON, J. The motion for reargument in this case is based upon the same ground as that in *Martha K. Widham* v. *Town of Brattleboro*, and the disposition is the same for the reasons therein given.

*Motion for reargument denied. Let full entry go down.*